BEFORE THE FIRST DIVISION, JUNE 14, 1956

**No. 60039.**—Camilli Albert & Laloue, Inc., et al. v. United States, protests 273263–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of Ungerer & Co., Inc. v. United States (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 60040.**—Dodge & Olcott, Inc. v. United States, protest 252211–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of mandarin oil the same in all material respects as that the subject of Fritzsche Bros., Inc. v. United States (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiff was sustained.

**No. 60041.**—Remington Rand, Inc. v. United States, protest 241579–K (Baltimore).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of wooden containers of typewriters which constitute the usual and ordinary containers of typewriters and are not suitable for any other use. On the record presented and following United States v. American Railway Express Co. (11 Ct. Cust. Appls. 211, T. D. 38968), the claim of the plaintiff was sustained.